IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR. NO. 25-139 DHU |
| vs. | ) |
| **RICARDO MENDEZ, a.k.a. Rick Mendez,** | ) |
| Defendant. | ) |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 24 2025
MITCHELL R. ELFERS
CLERK

## WAIVER OF INDICTMENT

I, Ricardo Mendez, the above named Defendant, who is accused of violating 18 U.S.C. § 1962(d), that being RICO Conspiracy; 18 U.S.C. § 666(a)(2), that being Bribery of an Agent of an Organization Receiving Federal Funds; 18 U.S.C. § 1951(a), that being Interference with Commerce by Extortion Under Color of Official Right; 18 U.S.C. § 2: Aiding and Abetting; and 18 U.S.C. § 1951(a), that being Conspiracy to Commit Interference with Commerce by Extortion Under Color of Official Right, and being advised of the nature of the charges, the Information, and of my rights, hereby waive in open Court on January 24, 2025, prosecution by Indictment and consent to proceeding by Information rather than by Indictment.

_____
RICARDO MENDEZ
Defendant

_____
WAYNE BAKER
Attorney for Defendant

Before:

_____
HONORABLE KAREN B. MOLZEN
UNITED STATES MAGISTRATE JUDGE