IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs. No. 25-cr-00139 (DHU)

RICARDO MENDEZ,

Defendant.

**UNOPPOSED MOTION FOR APPOINTMENT AS CJA COUNSEL**

Wayne Baker, counsel for Mr. Mendez, respectfully moves the Court for an Order of appointment as CJA counsel for Mr. Mendez. As grounds thereof, Mr. Mendez submits the following:

1. Mr. Mendez privately retained undersigned counsel to represent him in April of 2024.
2. However, the financial situation of Rick Mendez has changed and he can no longer afford to pay the costs needed to retain private counsel.
3. Although this is a single defendant prosecution, it is directly correlated to other federal "enterprise" criminal prosecutions.
4. This is a multifactorial case with voluminous discovery, estimated to be in excess of 5 terabytes. Although discovery has continued throughout, a large portion has been disclosed recently. This discovery needs to be reviewed in person with counsel, and counsel will need to fully brief and address all sentencing issues, requiring many additional hours of representation. Mr. Mendez can no longer afford to fund his defense.
5. Undersigned counsel is fully knowledgeable of all the facts, evidence, and issues in this case, and is willing to continue his representation if he is appointed as CJA counsel.
6. Mr. Baker's continued representation of Mr. Mendez as an appointed CJA attorney would ensure that he has an informed and prepared counsel and would allow the case to proceed without unnecessary, prolonged delays.

7. Assistant United States Attorney Shana Long is not opposed to the relief requested in the instant motion.

Accordingly, Mr. Mendez and undersigned counsel respectfully request that Your Honor enter an Order appointing Wayne Baker to represent Ricardo Mendez as CJA counsel.

Respectfully submitted:

Wayne Baker

Wayne Baker, Esq.
14112 Piedras Road, NE
Albuquerque, NM 87123-2323
(505) 652-4222
Attorney for Defendant Ricardo Mendez

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court on October 30, 2026, using the CM/ECF system.

Wayne Baker

Wayne Baker, Esq.