**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable David Herrera Urias**

**CASE NO.** **CR 25-139 DHU** **DATE:** **11/9/26**

**TITLE:** USA v. Ricardo Mendez

**COURTROOM CLERK:** J. Gonzales **COURT REPORTER:** S. Silva

**COURT IN SESSION:** 11:11-11:25 AM **TOTAL TIME:** 14 MINUTES

**TYPE OF PROCEEDING:** STATUS CONFERENCE

**COURT RULING:**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**
Shanna Long, Katherine Lewis

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
Wayne Baker

**PROCEEDINGS:**

11:11 A.M. COURT IN SESSION. COUNSEL ENTER APPEARANCES.

COURT: QUERIES MS. LONG RE: STATUS OF CASE.

MS. LONG: RESPONDS.

MR. BAKER: REQUESTS SENTENCE HEARING IN JULY.

COURT: WILL SET SENTENCING IN MAY OF 2027.

11:25 A.M. COURT IN RECESS.