IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs. CR No. 25-00139 (DHU)

RICARDO MENDEZ,

Defendant.

**ORDER APPOINTING CJA COUNSEL**

THIS MATTER is before the Court on Defendant's *Unopposed Motion for Appointment as CJA Counsel,* filed on October 30, 2026. (Doc. 17)

The Court having considered the motion and noting that the Assistant United States Attorney does not oppose the motion, finds that the motion is well taken and will be granted.

IT IS HEREBY ORDERED that Defendant's *Unopposed Motion for Appointment as CJA Counsel* is granted and Wayne Baker shall be appointed as CJA counsel to represent Ricardo Mendez.

DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE